UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
OFFICE OF THE CLERK

PATRICIA L. BRUNE
CLERK OF COURT

Reply To:
Room 1400
U.S. Courthouse
Springfield, MO 65806
417/865-3869

RE:   Case No. 07-5110-CV-SW-JCE
      Case Style: Burgess v Spin Master Ltd.

Dear Counsel:

This case has been reassigned to District Judge Richard E. Dorr. The correct case number is now 07-5110-CV-SW-RED. Please change your records to reflect this assignment.

Sincerely,
Patricia L. Brune, Clerk

By:  s/Linda Howard
         Deputy Clerk

cc: District Courtroom Deputy
    Magistrate Courtroom Deputy