# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

Michael J. Burgess
Plaintiff

v.                                                    Case Number: 07-5110-CV-SW-JCE

Spin Master, LTD
Defendant

TO:   Ralph K. Phalen
Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action. in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __1-3-08__, or within 90 days after that date if the request was sent outside the United States.

Date request was sent

Date: January 9, 2008

Signature: [signed] Smith

Printed/Typed Name: Holly Pauling Smith

Street Address: Shook, Hardy & Bacon LLP
2555 Grand Boulevard
City/State/Zip: Kansas City, MO 64108

Party Represented: Spin Master, Ltd.

Telephone Number: 816-474-6550    Bar #: 51340

:waivsum.int                                          (See Reverse)