IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL J. BURGESS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SPIN MASTER, LTD.,<br><br>      Defendant. | Case No. 3:07-cv-05110 |

**DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Spin Master, Ltd. ("Moving Defendant") respectfully moves this Court to stay all proceedings in this action (including the time to answer or otherwise respond to Plaintiff's Complaint) pending resolution of their motion before the Judicial Panel on Multidistrict Litigation ("JPML") for transfer of this case, together with six other cases, to a single court for coordinated pretrial management pursuant to 28 U.S.C. § 1407.

A Brief in Support of this Motion is filed contemporaneously herewith.

WHEREFORE, Moving Defendant respectfully requests that the Court grant their Motion to Stay All Proceedings Pending Transfer Decision by the JPML.

2771467v1

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:_____
    John K. Sherk, #35963
    Laurel J. Harbour, #25995
    Andrew D. Carpenter, #47454

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone (816) 474-6550
Facsimile (816) 421-5547
jsherk@shb.com
lharbour@shb.com

ATTORNEYS FOR MOVING DEFENDANT
SPIN MASTER, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I filed the above and foregoing with the Court's ECF system and further served a true and correct copy of the above and foregoing by U.S. mail, postage prepaid, upon:

Ralph K. Phalen
RALPH K. PHALEN ATTY. AT LAW
1000 Broadway, Suite 400
Kansas City, Missouri 64105

David Spencer
MCGONAGLE SPENCER, P.C.
105 East 5th Street, Suite 302
Kansas City, Missouri 64106

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North La Salle Street, Suite 4600
Chicago, Illinois 60602

COUNSEL FOR PLAINTIFF

_____
ATTORNEYS FOR MOVING DEFENDANT

2

2771467v1