IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL J. BURGESS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  07-05110-CV-SW-RED |
| | ) | |
| **SPIN MASTER, LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is Defendant's Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. 6).  Plaintiff has filed no response to this motion and the period in which to do so timely has passed.  Defendant requests the Court stay all proceedings in this case pending resolution of its motion before the Judicial Panel on Multidistrict Litigation for transfer of this case, together with six other cases, to a single court for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407.

Upon due consideration, Defendant's Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. 6) is hereby **GRANTED**.  Accordingly, all activity in this case is hereby **STAYED** pending transfer of this case for coordinated and consolidated pretrial proceedings.  In the event a conditional transfer order is not entered in this case within **ninety (90) days**, the parties are directed to file a report with the Court advising as to the status of the case.

**IT IS SO ORDERED.**

DATE:     February 15, 2008      _/s/ Richard E. Dorr_
                                 RICHARD E. DORR, JUDGE
                                 UNITED STATES DISTRICT COURT