# U.S. District Court
## United States District Court for the Western District of Missouri (Joplin)
## CIVIL DOCKET FOR CASE #: 3:07−cv−05110−RED

| | |
|---|---|
| Burgess v. Spin Master Ltd. | Date Filed: 11/13/2007 |
| Assigned to: District Judge Richard E. Dorr | Date Terminated: 04/29/2008 |
| Cause: 28:1332 Diversity−Property Damage | Jury Demand: Plaintiff |
| | Nature of Suit: 385 Prop. Damage Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Michael Burgess**  represented by  **Ralph K. Phalen**
Ralph K. Phalen, Attorney At Law
1000 Broadway
Suite 400
Kansas City, MO 64105
(816) 589 0753
Fax: (816) 471 1701
Email: phalenlaw@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Spin Master Ltd.**  represented by  **Matthew Crane Miller**
Shook Hardy &Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108−2613
(816) 474−6550
Fax: (816) 421−5547
Email: dmmiller@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2007 | " | NOTICE OF MAGISTRATE ASSIGNMENT emailed to plaintiff's attorney staff. This is a docket entry only. No document is attached.Magistrate Return due by 12/6/2007 (Russel, Jeri) (Entered: 11/13/2007) |
| 11/13/2007 | " 1 | COMPLAINT against Spin Master Ltd. (Filing fee $350 receipt number 1645117) Service due by 3/17/2008. filed by Ralph K. Phalen on behalf of Michael Burgess.(Phalen, Ralph) (Entered: 11/13/2007) |
| 12/03/2007 | " 2 | Notice of EAPN (Attachments: # 1 General Order)(Howard, Linda) (Entered: 12/03/2007) |
| 12/04/2007 | " | SUMMONS ISSUED as to Spin Master Ltd. and forwarded to plaintiff's attorney for service. (Russel, Jeri) (Entered: 12/04/2007) |
| 12/05/2007 | " 3 | |

| | | |
|---|---|---|
| | | LETTER OF REASSIGNMENT from Judge James C. England to Judge Richard E. Dorr. (Howard, Linda) (Entered: 12/05/2007) |
| 01/10/2008 | " 4 | WAIVER OF SERVICE returned executed by Michael Burgess. Spin Master Ltd. waiver sent on 1/3/2008, answer due 3/3/2008. (Phalen, Ralph) (Entered: 01/10/2008) |
| 01/23/2008 | " 5 | NOTICE of filing by Spin Master Ltd. *of Motion for Consolidation and Transfer for Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 and Related Documents* (Attachments: # 1 Exhibit 1 –– Motion, # 2 Exhibit 2 –– Brief in Support, # 3 Exhibit 3 –– Schedule of Actions, # 4 Exhibit 4 –– Certificate of Service)(Miller, Matthew) (Entered: 01/23/2008) |
| 01/23/2008 | " 6 | MOTION to stay *All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* filed by Matthew Crane Miller on behalf of Spin Master Ltd.. Suggestions in opposition/response due by 2/7/2008 unless otherwise directed by the court. (Miller, Matthew) (Entered: 01/23/2008) |
| 01/23/2008 | " 7 | SUGGESTIONS in support re 6 MOTION to stay *All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* filed by Matthew Crane Miller on behalf of Defendant Spin Master Ltd.. (Related document(s) 6 ) (Miller, Matthew) (Entered: 01/23/2008) |
| 02/15/2008 | " 8 | ORDER granting 6 Def's Motion to Stay; case stayed pending transfer to judicial panel on multidistrict litigation; if transfer is not entered within 90 days, parties to file status report. (Schroeppel, Kerry) (Entered: 02/15/2008) |
| 04/29/2008 | " 9 | TRANSFER ORDER by John G. Heyburn, II, Chairman transferring case to the Northern District of Illinois, MDL #1940 on 4/29/08. (Kee, Georgia) (Entered: 04/29/2008) |
| 04/29/2008 | " | Case transferred to the Northern District of Ilinois. Original file, certified copy of transfer order, and docket sheet sent. (Kee, Georgia) (Entered: 04/29/2008) |